IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

MOHAMMAD SHEKIB ESAHAQZADA, )
)
          Petitioner, )
)
v. )   Case No. 25-3145-JWL
)
U.S. IMMIGRATION AND CUSTOMS )
   ENFORCEMENT and )
C. CARTER, Warden, FCI-Leavenworth, )
)
          Respondents. )
)
_____)

## **ORDER TO SHOW CAUSE**

Petitioner has filed a *pro se* petition for habeas corpus under 28 U.S.C. § 2241, in which he challenges his detention by immigration officials. The Court finds that a responsive pleading is required.

IT IS THEREFORE ORDERED BY THE COURT THAT respondent is required to show cause on or before **August 18, 2025**, why the writ should not be granted; and that petitioner is granted until **September 8, 2025**, to file a traverse thereto, admitting or denying under oath all factual allegations contained in the response. Copies of this Order shall be transmitted to the parties and the United States Attorney for the District of Kansas.

IT IS SO ORDERED.

Dated this 28th day of July, 2025, in Kansas City, Kansas.

/s/  John W. Lungstrum
Hon. John W. Lungstrum
United States District Judge
